## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No. 1: 19-cr-00192-RP-15 |
| | § | |
| Noemi Medina (15) | § | |

## **Order**

Now before the Court are the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision ("Petition"), filed February 2, 2026 (Dkt. 914), and Defendant's Motion for Release Pending Further Proceedings, filed April 2, 2026 (Dkt. 929). Defendant has waived preliminary revocation hearing (Dkt. 925).

On this date, Defendant, her attorney, counsel for the Government, and the Probation Office appeared before this Magistrate Judge. The Court heard evidence and argument on detention pending further proceedings.

Having considered all the evidence and arguments presented, the Court **GRANTS** Defendant's Motion for Release Pending Further Proceedings(Dkt. 929) and **ORDERS** that Defendant's Final Revocation Hearing is **HEREBY RESET** until **2:30 p.m. Thursday, April 9, 2026** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas 78701.

The Court **FURTHER ORDERS** that Defendant shall be released pending her Final Revocation Hearing. Defendant's release is subject to **ALL** Conditions of Supervised Release previously imposed.

**SIGNED** on April 7, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1